UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Citizens for Responsibility and Ethics in Washington,**           ) ) ) ) | |
| **Plaintiff,**           ) ) ) | |
| v.           ) ) ) | Civil No. 13-cv-01291 (APM) |
| **U.S. Department of Justice,** *et al.*,           ) ) ) | |
| **Defendants.**           ) ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the court grants Defendants' Renewed Motion to Dismiss, ECF No. 19. This action is dismissed in its entirety.

This is a final, appealable Order.

Dated: March 7, 2016

Amit P. Mehta
United States District Judge